[Cite as *State v. Neal*, 2017-Ohio-8444.]

COURT OF APPEALS
FAIRFIELD COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | |
|---|---|
| STATE OF OHIO | JUDGES:<br>Hon. Patricia A. Delaney, P.J. |
| Plaintiff-Appellee | Hon. William B. Hoffman, J.<br>Hon. Craig R. Baldwin, J. |
| -vs- | |
| | Case No. 16-CA-38, 16-CA-40 |
| DUSTIN E. NEAL | |
| Defendant-Appellant | O P I N I O N |

CHARACTER OF PROCEEDING: Appeal from the Fairfield County Common Pleas Court, Case Nos. 11-CR-546, 12-CR-224

JUDGMENT: Reversed and Remanded

DATE OF JUDGMENT ENTRY: November 3, 2017

APPEARANCES:

For Plaintiff-Appellee

R. KYLE WITT
Prosecuting Attorney
ANDREA GREEN BOYD
Assistant Prosecuting Attorney
239 W. Main Street
Lancaster, Ohio 43130

For Defendant-Appellant

SCOTT P. WOOD
Conrad/Wood
120 East Main Street, Suite 200
Lancaster, Ohio 43130

*Hoffman, J.*

{¶1}   Defendant-appellant Dustin E. Neal appeals the judgments entered by the Fairfield County Common Pleas Court overruling his motions to seal records.  Plaintiff-appellee is the state of Ohio.

## STATEMENT OF THE CASE[1]

{¶2}   On December 9, 2011, Appellant was indicted on one count of rape of a three-year-old child (Case Number 2011-CR-546).  The charge was dismissed without prejudice on June 14, 2012, due to a superseding indictment in Case Number 2012-CR-224.

{¶3}   Appellant was indicted on multiple felonies, including rape and gross sexual imposition involving the same three-year-old child, on June 1, 2012, in Case Number 2012-CR-224.  The charges were dismissed without prejudice on May 24, 2013.  Appellee has not re-filed any charges related to these allegations.

{¶4}   Appellant filed motions to seal the record in both cases.  On September 21, 2016, the trial court overruled the motion as to Case Number 2012-CR-224, and the court overruled the motion as to Case Number 2011-CR-546 on October 18, 2016.  The trial court found Appellant was not statutorily eligible to have his records sealed in either case because the statute of limitations had not expired.

{¶5}   Appellant filed an appeal in both cases, and we consolidated the appeals with Case Number 16-CA-38 controlling.  In his brief, Appellant conceded this Court had ruled contrary to his position in *State v. Dye,* 5th Dist. Fairfield No. 15-CA-65, 2016-Ohio-

---

[1] A rendition of the facts is unnecessary for our disposition of this appeal.

5065.  However, *Dye* was pending before the Ohio Supreme Court on a certified conflict with the decision of the Eighth District in *State v. C.K.,* 8th Dist. Cuyahoga No. 99886, 2013-Ohio-5135.  Accordingly this Court stayed the appeal sua sponte until the Supreme Court issued an opinion or otherwise resolved *Dye.*

{¶6}    The Ohio Supreme Court issued a merit opinion on September 27, 2017, and we have lifted the stay.  Appellant assigns a single error:

{¶7}    THE TRIAL COURT ERRED IN DETERMINING THAT APPELLANT WAS STATUTORILY INELIGIBLE TO SEAL RECORDS OF DISMISSED CHARGES.

{¶8}    In *State v. Dye,* Slip Opinion No. 2017-Ohio-7823, the Ohio Supreme Court reversed the decision of this Court, and held R.C. 2953.52 does not require the relevant statute of limitations to expire before a trial court can grant an application to seal the records of a case dismissed without prejudice.

{¶9}    Accordingly, Appellant's assignment of error is sustained.

{¶10} The judgment of the Fairfield County Common Pleas Court is reversed. This case is remanded to that court for further proceedings according to law.

By: Hoffman, J.

Delaney, P.J.  and

Baldwin, J. concur